

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-19-00227-CV

**IN RE M.I.A., A CHILD**,
Appellant

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02030
The Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

 This is an accelerated appeal of an order denying the Department of Family & Protective Services' request to terminate the parental rights of the child's father, and an order granting the child's grandmother access to the child. The child's attorney ad litem filed a notice of appeal, and has filed a brief challenging these orders on June 6, 2019. On June 19, 2019, the Department filed a brief, agreeing the trial court erred.

 Because this is an accelerated appeal, the deadline to file an appellee's brief was June 26, 2019. *See* Tex. R. App. P. 38.6(b). The appellee father has not filed his brief. Furthermore, because appellant challenges the trial court's order granting the grandmother's access, the grandmother is also an appellee in this appeal. However, none of the briefs have been served on her, and she has not filed an appellee's brief.

 We therefore **ORDER** appellee father's counsel, Irene Vela Cadena, to file the father's brief by **July 12, 2019**. We further **ORDER** the clerk of this court to send a copy of the briefs filed in this case and the appellate record to appellee grandmother, and **ORDER** the appellee grandmother's brief due by **July 22, 2019.**

_____
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2019.



Keith E. Hottle,
Clerk of Court